STATE OF NEW JERSEY v. IRVING ZWILLMAN.

July 10, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOSE RAFAEL CASTRO.

July 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER HARRELL.

July 14, 1972. Petition for certification denied.

TOWNSHIP OF BERKELEY HEIGHTS v.
UNION COUNTY BOARD OF TAXATION, *ET AL.*

July 14, 1972. Petition for certification denied.

DAVID B. KELLY, SUPERINTENDENT, *ETC.* v.
JOHN L. STERR.

July 14, 1972. Petition for certification granted. (See **119**
*N. J. Super.* 272)

BASIL HALULKO v. FORD MOTOR CO.

July 14, 1972. Petition for certification denied.